# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sophia Wilansky, | ) |
| Plaintiff, | ) **ORDER RE MOTION** |
| | ) **TO SEAL EXHIBIT 1 TO PLAINTIFF'S** |
| vs. | ) **COMPLAINT** |
| Morton County, North Dakota; John Doe, law enforcement officer in his personal capacity; Kyle Kirchmeier, in his personal and official capacities; Paul Laney, in his personal capacity; and Thomas Iverson, in his personal capacity, | ) Case No. 1:18-cv-236 |
| Defendants. | ) |

___

Before the court is Defendants' "Motion to Seal Exhibit 1 to Plaintiff's Complaint," filed on November 20, 2018. (Doc. No. 8). Defendants request that the photograph exhibit filed at Doc. No. 8-1 be sealed. Plaintiff is unopposed to the motion, but preserves her right to argue for public access to Exhibit 1 at a later date. Id.

The court concludes that Defendants' motion to seal (Doc. No. 8) be **GRANTED** and **ORDERS** Exhibit 1 (Doc. No. 8-1) filed under seal.

**IT IS SO ORDERED**.

Dated this 21st day of November, 2018.

*/s/ Charles S. Miller, Jr.*
_____
Charles S. Miller, Jr., Magistrate Judge
United States District Court