UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Sophia Wilansky, | ) | |
| | ) | |
| Plaintiffs, | ) | **MOTION TO DISMISS** |
| | ) | |
| vs. | ) | |
| | ) | |
| Morton County, North Dakota; "John Doe" law enforcement officer in his personal capacity; Kyle Kirchmeier, in his personal and official capacities; Paul Laney, in his personal capacity; and Thomas Iverson, in his personal capacity, | ) ) ) ) ) ) ) | Case No. 1:18-CV-00236-CSM |
| | ) | |
| Defendants. | ) | |

Defendant Iverson moves this court for an order granting his Motion to Dismiss. The motion is supported by the attached memorandum and all documents on file with this court, and is made on grounds including: (1) the court lacks subject matter jurisdiction over the Plaintiff's claims, and (2) the complaint fails to state a claim against Defendant Iverson as more fully set forth in the attached memorandum.

Defendant Iverson requests an Order granting his Motion to dismiss as authorized by Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated this 22nd day of January, 2019.

        State of North Dakota
        Wayne Stenehjem
        Attorney General

By:    /s/ Nathan Svihovec
       Nathan Svihovec
       Assistant Attorney General
       State Bar ID No. 08332
       Office of Attorney General
       500 North 9th Street
       Bismarck, ND 58501-4509
       Telephone (701) 328-3640
       Facsimile (701) 328-4300
       Email njsvihovec@nd.gov

       /s/ Matthew A. Sagsveen
       Matthew A. Sagsveen
       Solicitor General
       State Bar ID No. 05613
       Office of Attorney General
       500 North 9th Street
       Bismarck, ND 58501-4509
       Telephone (701) 328-3640
       Facsimile (701) 328-4300
       Email masagsve@nd.gov

Attorneys for Thomas Iverson.