UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Sophia Wilansky,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Morton County, North Dakota;<br>Kyle Kirchmeier, in his official capacity;<br>Adam J. Dvorak in his personal capacity;<br>Jonathan R. Moll in his personal capacity,<br><br>　　　　　　　Defendants. | **MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Case No. 1:18-cv-00236 |

　　　　State Defendant Adam Dvorak of the North Dakota Highway Patrol moves this Court under Fed. R. Civ. P. 12(b)(6) for an order dismissing Plaintiff's claims against him as set forth in Plaintiff's Second Amended Complaint. This motion is made to assist the Court in securing "the just, speedy, and inexpensive determination" of this action. Fed. R. Civ. P. 1. This motion is supported by the attached memorandum and all documents on file with this Court, and is made on the grounds that the Complaint fails to state claims against the State Defendant and is barred by qualified immunity, as more fully set forth in the attached memorandum. Defendant Dvorak respectfully asks that this Court grant his motion and dismiss all claims against him.

　　　　Dated this 18th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　State of North Dakota
　　　　　　　　　　　　　　　　　　　　　　Drew H. Wrigley
　　　　　　　　　　　　　　　　　　　　　　Attorney General


　　　　　　　　　　　　　　　　　　By:　　/s/ Jane G. Sportiello
　　　　　　　　　　　　　　　　　　　　　　Jane G. Sportiello
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　State Bar ID No. 08900
　　　　　　　　　　　　　　　　　　　　　　Office of Attorney General
　　　　　　　　　　　　　　　　　　　　　　500 North 9th Street
　　　　　　　　　　　　　　　　　　　　　　Bismarck, ND  58501-4509
　　　　　　　　　　　　　　　　　　　　　　Telephone (701) 328-3640
　　　　　　　　　　　　　　　　　　　　　　Email jsportiello@nd.gov

　　　　　　　　　　　　　　　　　　Attorneys for State Defendants