IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

CIVIL NO. 1:18-CV-00236-CSM

| | |
|---|---|
| SOPHIA WILANSKY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MORTON COUNTY, NORTH DAKOTA; )<br>KYLE KIRCHMEIER in his official )<br>capacity; ADAM J. DVORAK, in his )<br>personal capacity; and JONATHAN R. )<br>MOLL, in his personal capacity, )<br>)<br>Defendants. ) | **COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

\*\*\*           \*\*\*           \*\*\*

Pursuant to Rule 7.1(A) of the Local Rules of the United States District Court for the District of North Dakota and Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Morton County, Kyle Kirchmeier, and Jonathan R. Moll (hereinafter collectively "County Defendants") request Plaintiff's First Amended Complaint (doc. 153) be dismissed, in its entirety, with prejudice.

This motion is based upon all of the files, records, and proceedings herein, including, among other things, the memorandum of law submitted in support of this motion. Plaintiff's pleadings, in light of the materials which the Court is permitted to consider in relation to this motion to dismiss, establish Plaintiff has failed to plead a plausible claim against Defendants, and individual government Defendants are entitled to qualified immunity, as a matter of law. Plaintiff has failed to allege a violation of her Fourth Amendment rights as she has not alleged facts to establish either Moll or Dvorak "seized" her in the context of the Fourth Amendment. Even assuming, arguendo, facts establishing a "seizure" have been alleged, Defendants Moll and Dvorak

1

are entitled to qualified immunity. In addition, Plaintiff's state law claims against Defendants Moll and Dvorak are time-barred. As Plaintiff's state law claims against Morton County are derivative of her claims against Moll and Dvorak, those claims should be dismissed as well. All Defendants are also immune from Plaintiff's state law claims under the North Dakota Disaster Act of 1985 and pursuant to N.D.C.C. § 12.1-05-07.2. County Defendants are also immune to Plaintiff's state law claims under North Dakota's public duty doctrine. Further, State Defendant Dvorak is entitled to Eleventh Amendment immunity in relation to Plaintiff's state law claims. Finally, Plaintiff's Intentional Infliction of Emotional Distress Claim should also be dismissed as Plaintiff has not alleged Defendants Moll or Dvorak engaged in extreme and outrageous conduct.

Dated this 25th day of August, 2023.

BAKKE GRINOLDS WIEDERHOLT

By:   */s/Shawn A. Grinolds*
     Randall J. Bakke (#03898)
     Shawn A. Grinolds (#05407)
     Special Assistant State's Attorneys for Morton County
     300 West Century Avenue
     P.O. Box 4247
     Bismarck, ND 58502-4247
     (701) 751-8188
     rbakke@bgwattorneys.com
     sgrinolds@bgwattorneys.com

     Attorneys for Defendants Morton County, Kyle Kirchmeier, and Jonathan R. Moll

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2023, a true and correct copy of the foregoing **COUNTY DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** was filed electronically with the Clerk of Court through ECF.

ATTORNEYS FOR PLAINTIFF:

Benjamin M. Stoll

Carlton Fields
1025 Thomas Jefferson Street NW
Suite 400 West
Washington, DC 20007-5208
(202) 965-8160
bstoll@carltonfields.com

Edward C. Barnidge
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005
ebarnidge@wc.com

Lauren C. Regan
Civil Liberties Defense Center
1430 Willamette St. #359
Eugene, OR 97401
lregan@cldc.org

ATTORNEYS FOR DEFENDANTS DEREK J. ARNDT, PAUL D. BAKKE, ADAM J. DVORAK, TRAVIS A. NELSON, JOSHUA W. RODE, EVAN M. SAVAGEAU, AND TRAVIS M. SKAR:

Courtney R. Titus
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND  58501-4509
(701) 328-3640
ctitus@nd.gov

Jane G. Sportiello
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND  58501-4509
(701) 328-3640
jsportiello@nd.gov

By:   */s/ Shawn A. Grinolds*
     SHAWN A. GRINOLDS