

# Bakke Grinolds Wiederholt
ATTORNEYS AT LAW

September 27, 2023

*Filed via CM-ECF*

Judge Daniel M. Traynor
200 East Rosser Avenue, Suite 411
P.O. Box 670
Bismarck, ND 58502-0670

Re: Sophia Wilansky v. Morton County et al.,
Civil Case No: 1:18-CV-00236

Dear Judge Traynor:

This firm represents the County Defendants in the above-referenced action, namely Morton County, Morton County Sheriff Kyle Kirchmeier, and Morton County Deputy Jonathan R. Moll. *County Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint* (doc. 270) is currently pending before the Court. I am writing to correct misstatements of holdings of cases cited in *Memorandum of Law in Support of County Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint* (doc. 271). Specifically, on page 27 of the brief, parentheticals to *Quraishi v. St. Charles County, Missouri*, 986 F.3d 831, 839-40 (8th Cir. 2021) and *Black Lives Matter D.C. v. Trump*, 544 F.Supp.3d 15, 48-49 (D.C. 2021) assert that the courts in those cases "determined" the use of tear gas to disperse a crowd (*Quraishi*) and flashbang grenades, rubber bullets and tear gas to disperse a crowd (*Black Lives Matter*) did not constitute a seizure under the Fourth Amendment because such force was not used to restrain or seize them in place. That is incorrect. Instead, the courts in each of those cases questioned whether the use of such force to disperse rather than restrain constituted a seizure under the Fourth Amendment, and determined the officers involved were entitled to qualified immunity as the law was not clearly established as of August of 2014 (*Quraishi*) and June of 2020 (*Black Lives Matter*) that such force applied to disperse rather than restrain constituted a seizure under the Fourth Amendment.

I apologize for the error.

Randall J. Bakke*△+◊∇
   rbakke@bgwattorneys.com
Shawn A. Grinolds*◊
   sgrinolds@bgwattorneys.com
Bradley N. Wiederholt*◊
   bwiederholt@bgwattorneys.com
Grant T. Bakke*×
   gbakke@bgwattorneys.com
David R. Phillips*
   dphillips@bgwattorneys.com

* Licensed in North Dakota
◊ Licensed in Minnesota
△ Licensed in South Dakota
+ Board Certified Civil Trial
   Specialist by National Board
   of Trial Advocacy
◻ Fellow-Litigation Counsel of America
∇ Board Certified Civil Practice
   Advocacy by National Board
   of Civil Pretrial Practice Advocacy
× MBA

September 27, 2023
Page 2

                      Very truly yours,

                      */s/ Shawn A. Grinolds*

                      Shawn A. Grinolds

SG
Traynor.2
cc:    Benjamin M. Stoll (via CM-ECF Filing Notification)
       Edward C. Barnidge (via CM-ECF Filing Notification)
       Lauren C. Regan (via CM-ECF Filing Notification)
       Jane G. Sportiello (via CM-ECF Filing Notification)
       Courtney R. Titus (via CM-ECF Filing Notification)
       Randal J. Bakke (via CM-ECF Filing Notification)
       Lori Steckler (via CM-ECF Filing Notification)