Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Sophia Wilansky,

      Plaintiff,

v.

Morton County, North Dakota;
Kyle Kirchmeier in his official capacity;
Adam J. Dvorak, in his personal capacity; and
Jonathan R. Moll, in his personal capacity,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:18-cv-236

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated April 3, 2024, the Defendants' Motions to Dismiss are GRANTED. The Amended Complaint is DISMISSED with prejudice.

Date: April 3, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*