Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Sophia Wilansky,

        Plaintiff,

v.

Morton County, North Dakota;
Kyle Kirchmeier in his official capacity;
Adam J. Dvorak, in his personal capacity; and
Jonathan R. Moll, in his personal capacity,

        Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case No.   1:18-cv-236

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated April 3, 2024, the Defendants' Motions to Dismiss are GRANTED. The Amended Complaint is DISMISSED with prejudice.

Pursuant to the Order dated September 23, 2024, Morton County Defendants' Motion for Costs is GRANTED, in part, and DENIED, in part, and Dvorak's Motion for Costs is GRANTED. To Morton County Defendants: $18,185.35 for costs associated with depositions pursuant to 28 U.S.C. § 1920(2); $112.50 for Office of Attorney General – Bureau of Criminal Investigations Records (Open Records Request) pursuant to 28 U.S.C. § 1920(3); $15,953.17 for cellphone extractions and preservations as well as copies of Wilansky's medical records pursuant to 28 U.S.C. § 1920(4); Morton County Defendant's total cost award shall be $34,251.02. To Defendant Dvorak: $3,474.65 for deposition transcript costs pursuant to 28 U.S.C. § 1920(2).

Date: September 23, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Janelle Brunner, Deputy Clerk*